# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Arby's Restaurant Group, Inc. Data Security Litigation<br><br>CONSOLIDATED CONSUMER CASE | Case No. 1:17-cv-1035-AT<br><br>MASTER DOCKET NO. 1:17-MI-55555-AT |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMITATION FOR PRELIMINARY APPROVAL MATTERS

The Consumer Plaintiffs hereby move the Court to allow Plaintiffs to exceed the local rule page limitations regarding various issues related to preliminary approval of a proposed settlement, and in support thereof, show the Court as follows:

1.

Consumer Case Plaintiffs and Defendant Arby's Restaurant Group, Inc. have previously announced that they have reached a settlement in this matter. Plaintiffs intend to submit the appropriate motion for the Court's consideration on October 5, 2018.

2.

Consumer Case Plaintiffs' motion will address pertinent issues related to preliminary approval of the proposed settlement, including preliminary certification

of the settlement class, approval of the proposed class notice and a request to schedule a final approval hearing.

3.

Consumer Case Plaintiffs therefore request the Court's permission to extend the page limitation to a total of thirty-five (35) pages in order to consolidate the matters necessary for preliminary approval into a single filing. A proposed Order is attached hereto.

4.

The undersigned is authorized to represent that counsel for Defendant Arby's Restaurant Group, Inc. does not oppose Plaintiffs' request.

Respectfully submitted this 5th day of October, 2018.

>  /s/ J. Cameron Tribble
> Roy E. Barnes, Ga. Bar No. 039000
> John R. Bevis, Ga. Bar No. 056100
> J. Cameron Tribble, Ga. Bar No. 754759
> **BARNES LAW GROUP, LLC**
> 31 Atlanta Street
> Marietta, Georgia 30060
> Tel: (770) 227-6375
> Fax: (770) 227-6373
> roy@barneslawgroup.com
> bevis@barneslawgroup.com
> ctribble@barneslawgroup.com
>
> *Co-Lead Counsel for Consumer Plaintiffs and the Proposed Class*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMITATION FOR PRELIMINARY APPROVAL MATTERS** was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(C).

This 5th day of October, 2018.

                                          */s/ J. Cameron Tribble*
                                          J. Cameron Tribble

                                          *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMITATION FOR PRELIMINARY APPROVAL MATTERS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record.

This 5th day of October, 2018.

        /s/ J. Cameron Tribble
        Roy E. Barnes, Ga. Bar No. 039000
        John R. Bevis, Ga. Bar No. 056100
        J. Cameron Tribble, Ga. Bar No. 754759
        **BARNES LAW GROUP, LLC**
        31 Atlanta Street
        Marietta, Georgia 30060
        Tel: (770) 227-6375
        Fax: (770) 227-6373
        roy@barneslawgroup.com
        bevis@barneslawgroup.com
        ctribble@barneslawgroup.com