# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Arby's Restaurant Group, Inc. Data Security Litigation | Case No. 1:17-cv-1035-AT |
| CONSOLIDATED CONSUMER CASE | MASTER DOCKET NO. 1:17-MI-55555-AT |

## [PROPOSED] ORDER REGARDING PAGE LIMITS

This matter having come before the Court on the Consumer Case Plaintiffs' Unopposed Motion to Extend Page Limitations for Preliminary Approval Matters, and it appearing that Defendant Arby's Restaurant Group, Inc. does not oppose said motion, and for good cause, this Court hereby ORDERS that the page limit applicable to Plaintiffs' motion for preliminary approval of a proposed settlement is GRANTED and the page limitation is hereby extended to thirty-five (35) pages.

**IT IS SO ORDERED** this _____ day of October, 2018.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE