IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Arby's Restaurant Group, Inc. Data Security Litigation<br><br>CONSOLIDATED CONSUMER CASE | Case No. 1:17-cv-1035-AT |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FINAL APPROVAL HEARING

Plaintiffs move for preliminary approval of the Settlement they have reached with Defendant Arby's Restaurant Group Inc. ("Arby's"). In support of this unopposed Motion, Plaintiffs file herewith a Memorandum of Law and its accompanying exhibits.

For the reasons set forth in that Memorandum, Plaintiffs respectfully request grant the Motion, according the following relief:

(a) grant preliminary approval of the settlement;

(b) provisionally certify the Class for purposes of settlement;

(c) appoint Co-Lead and Co-Liaison Counsel as Class Counsel;

(d) authorize notice to the Class of the proposed settlement in the form and manner described in this motion;

(e)  further stay all other proceedings in the Consumer Case; and

(f)  schedule a Final Approval Hearing.

Dated: October 5, 2018

/s/ J. Cameron Tribble
**BARNES LAW GROUP, LLC**
Roy E. Barnes
Ga. Bar No. 039000
John R. Bevis
Ga. Bar No. 056100
J. Cameron Tribble
Ga. Bar No. 754759
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com

Respectfully Submitted,

/s/ Timothy J. Peter
**FARUQI & FARUQI, LLP**
Robert W. Killorin
Ga. Bar No. 417775
Stuart J. Guber
Ga. Bar No. 141879
Timothy J. Peter *

101 Greenwood Avenue
Jenkintown, Pennsylvania 19046
Tel: (215) 277-5770
Fax: (215) 277-5771
rkillorin@faruqilaw.com
sguber@faruqilaw.com
tpeter@faruqilaw.com

*Co-Lead Counsel
for Plaintiffs and the Proposed Class*
**Pro Hac Vice*

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
John Yanchunis *
Marisa Glassman*
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: (813) 223-5505
Fax: (813) 223-5402
jyanchunis@forthepeople.com
mglassman@forthepeople.com

**EVANGELISTA WORLEY, LLC**
David J. Worley
Ga. Bar No. 776665
James M. Evangelista
Ga. Bar No. 707807
8100A Roswell Road, Suite 100
Atlanta, Georgia 30350
Tel: (404) 205-8400
Fax: (404) 205-8395
jim@ewlawllc.com
david@ewlawllc.com

*Co-Liaison Counsel
for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, PRELIMINARY CERTIFICATION OF CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FINAL APPROVAL HEARING** was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(C).

This 5th day of October, 2018.

/s/ *J. Cameron Tribble*
J. Cameron Tribble

*Co-Liaison Counsel*
*for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I caused the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, PRELIMINARY CERTIFICATION OF CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FINAL APPROVAL HEARING** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

BARNES LAW GROUP, LLC

/s/ *J. CAMERON TRIBBLE*
J. Cameron Tribble
Ga. Bar No. 754759
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
ctribble@barneslawgroup.com