# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Arby's Restaurant Group, Inc. Data Security Litigation<br><br>CONSOLIDATED CONSUMER CASE | Case No. 1:17-cv-1035-WMR |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

The Consumer Plaintiffs submit this unopposed Motion for final approval of the proposed settlement, showing it is fair, reasonable and adequate, and that it satisfies the requirements of Fed. R. Civ. P. 23(e) and the Eleventh Circuit's multi-factored test evaluating proposed class-action settlements.

Additionally, Consumer Plaintiffs move to finally certify the Settlement Class pursuant to Rule 23.

Consumer Plaintiffs set forth the grounds supporting this Motion in their Memorandum of Law and accompanying exhibits submitted herewith.

Respectfully submitted this 7th day of May, 2019.

                                        */s/ J. Cameron Tribble*
                                        Roy E. Barnes, Ga. Bar No. 039000
                                        John R. Bevis, Ga. Bar No. 056100
                                        J. Cameron Tribble, Ga. Bar No. 754759

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com

*Co-Lead Counsel for Consumer Plaintiffs and the Proposed Class*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(C).

This 7th day of May, 2019.

*/s/ J. Cameron Tribble*_____
J. Cameron Tribble

*Co-Liaison Counsel*
*for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record.

This 7th day of May, 2019.

                                        BARNES LAW GROUP, LLC

                                        */s/ J. Cameron Tribble*_____
                                        J. Cameron Tribble
                                        Ga. Bar No. 754759
                                        31 Atlanta Street
                                        Marietta, Georgia 30060
                                        Tel: (770) 227-6375
                                        Fax: (770) 227-6373
                                        ctribble@barneslawgroup.com