## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Arby's Restaurant Group, Inc. Data Security Litigation<br><br>CONSOLIDATED CONSUMER CASE | Case No. 1:17-cv-1035-WMR |

## PLAINTIFFS' UNCONTESTED MOTION FOR ATTORNEYS' FEES, COSTS/EXPENSES, AND SERVICE AWARDS

The Consumer Plaintiffs submit this uncontested Motion for seeking: 1) service awards to the Settlement Class Representatives in the amount of $4,500 each; 2) a payment of reasonable attorneys' fees in the amount of $980,000; and 3) the reimbursement of costs and expenses reasonably incurred in the litigation of this case, in the amount of $35,000.

The Consumer Plaintiffs set forth the grounds supporting this Motion in their Memorandum of Law and accompanying exhibits submitted herewith.

Respectfully submitted this 7th day of May, 2019.

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
John R. Bevis
Ga. Bar No. 056100
J. Cameron Tribble
Ga. Bar No. 754759

1

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com
*Co-Lead Counsel for Consumer Plaintiffs*
*and the Proposed Class*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing **PLAINTIFFS' UNCONTESTED MOTION FOR ATTORNEYS' FEES, COSTS/EXPENSES, AND SERVICE AWARDS** was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(C).

This 7th day of May, 2019.

*/s/ Roy E. Barnes*_____
Roy E. Barnes

*Co-Liaison Counsel*
*for Plaintiffs and the Proposed Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that today I electronically filed the foregoing **PLAINTIFFS'**

**UNCONTESTED MOTION FOR ATTORNEYS' FEES, COSTS/EXPENSES,**

**AND SERVICE AWARDS** with the Clerk of Court using the CM/ECF system,

which will automatically send email notification to all counsel of record.

This 7th day of May, 2019.

BARNES LAW GROUP, LLC

*/s/ Roy E. Barnes*_____
Roy E. Barnes
Ga. Bar No. 039000
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
roy@barneslawgroup.com