# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re: Arby's Restaurant Group, Inc.
Data Security Litigation

CONSOLIDATED CONSUMER CASE

Case No. 1:17-cv-1035-WMR

**<u>DECLARATION OF JOHN A. YANCHUNIS IN SUPPORT OF
REPRESENTATIVE PLAINTIFFS' MOTION AND SUPPORTING
MEMORANDUM OF LAW FOR APPROVAL OF ATTORNEYS' FEES,
COSTS AND EXPENSES, AND SERVICE AWARDS</u>**

I, John A. Yanchunis, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I have been licensed to practice law in the state of Florida since 1981.

2.      I lead the Class Action Department of Morgan & Morgan.  Morgan & Morgan is among the largest, if not the largest, exclusively Plaintiff's law firms in the United States, employing over 470 lawyers and 2,000 support staff, who serve consumers in over 50 offices in Alabama, Arkansas, California, Georgia, Florida, Mississippi, Kentucky, Tennessee, Massachusetts, Pennsylvania and New York.

3.      While Morgan & Morgan's Complex Litigation Group draws its expertise from fifteen attorneys supported by skilled paralegals, retired FBI agents who work in the department as investigators, and state-of-the-art technology, the Group benefits from the vast experience, commitment, and resources of the entire

firm.  In particular, one of the Group's investigator was the agent in charge of the FBI's investigation of ENRON and who retired from senior management with the Bureau—leads the investigative team of the Group.  These investigators, who have investigated cyber-crime during their respective careers in the FBI, are unique assets available to the prosecution efforts of the firm and will play an important role in the factual investigation of this case.

4.      My practice—which began after completing a two-year clerkship with United States District Judge Carl O. Bue, Jr., Southern District of Texas—has concentrated on complex litigation and spans over 36 years, including consumer class actions for more than two-thirds of that time.

5.      I have represented consumers in numerous privacy rights and data-breach cases, beginning with *In re DoubleClick Inc. Privacy Litigation*, No. 00-cv-0641-NRB (S.D.N.Y.), a seminal and formative privacy class action that settled in 2002 and involved DoubleClick's use of cookies to track the private activities of internet users.  I also served as co-lead counsel in the successful prosecution and settlement of perhaps the two the largest class action cases in the United States: *Fresco v. Automotive Directions, Inc*., No. 03-61063-JEM (S.D. Fla.), and *Fresco v. R.L. Polk*, No. 07-cv-60695-JEM (S.D. Fla.).  These cases involved the advocacy for and protection of the important privacy rights of a class comprising over 225

million individuals throughout the United States and its territories. My role as co-lead counsel in these cases is particularly noteworthy because they targeted the world's largest data and information brokers, including Experian, R.L. Polk, Acxiom, and Reed Elsevier (which owns Lexis/Nexis), which were defended by the largest law firms in the country.  These cases successfully protected the privacy rights of consumers.

6.    I also served as co-lead counsel in the successful resolution of the following privacy, non-data-breach class actions:  *Davis v. Bank of America*, No. 05-cv-80806 (S.D. Fla.) ($10 million common fund), *Kehoe v. Fidelity Federal Bank and Trust*, No. 03-cv-80593 (S.D. Fla.) ($50 million common fund), and *Pino v. Warranty Acceptance Corporation*, No. 05-cv-61576 (S.D. Fla.).

7.    I have achieved noteworthy results in the settlement of a series of data breach cases.  For example, I served as co-lead counsel in the MDL case *In re The Home Depot, Inc. Customer Data Security Data Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga.) (consumer class cases) which was settled for $ 19.5 million, and lead counsel or co lead counsel in the following data-breach class cases: *Burrows v. Purchasing Power, LLC*, No. 1:12-cv-22800 (S.D. Fla.); *Elyzabeth Ramirez v. ChenMed, LLC*, No. 14-12319-CA-04 (Fla. 11th Cir. Ct.); *Carsten v. University of Miami*, No. 1:14-cv-20497-KMW (S.D. Fla.); *John Doe v. Tampa General Hospital,*

No. 14-CA-012657 (Fla. 13th Cir. Ct). The settlement of these cases provided substantial monetary and injunctive relief to class members.

8.     I am lead counsel in the largest data breach case ever filed involving an estimated 2.9 billion users around the globe. *In re: Yahoo! Inc. Customer Data Security Breach Litigation, No. 16-MD-02752-LHK (N.D. Cal.)*. A motion seeking approval of the notice following the settlement of the claims of the class is set for hearing )     I was appointed and presently serve on the presently serve on the Plaintiffs' Steering Committee in *In Re Equifax, Inc. Customer Data Security Breach Litigation*, 1:17-md-2800 (N.D. Georgia).

9.     I currently serve on the Executive Committee overseeing the consumer class, the financial institution class, and the shareholder derivative litigation pending in *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.).  As a member of the Overall Executive Committee, I also served on the Executive Committee of the consumer class case and assisted in its prosecution and the negotiation of a class settlement.  The settlement in the Target consumer litigation, which received final court approval in 2015, which was upheld on appeal by the 8th Circuit Court of Appeals, provides a $10 million non-reversionary fund for distribution to consumers and important equitable relief to protect consumers' privacy rights. I am also a member of the Steering Committee in

*In re: U.S. Office of Personnel Management Data Security Breach Litigation*, No. 15-mc-01394-ABJ (D.D.C.)

10.     My hourly rate has increased over time based on my experience and my accomplishments in my practice. The rate of $950 per hour which I charge for my time is commensurate with hourly rates charged by my contemporaries around the country, including those rates charged by lawyers with my level of experience who practice in the area of class litigation across the nation.  Prior to submitting the motion for attorneys' fees, costs and expenses, I compared and confirmed our hourly rate with lawyers at other law firms whose practice is focused on class litigation. Moreover, as I have been retained as an expert on attorneys' fees in other class cases and as part of my legal education, I routinely survey hourly rates charged by lawyers around the country in published surveys, and review continuously as part of my continuing education opinions rendered by courts on attorneys' fee requests. Again, based upon my research, our rates are within the range of lawyers with our level of experience.

11.     My firm's lodestar of over 597 hours as of April 30, 2019, amounts to $417,506.30.  Additional time will be spent to prepare for and attend the fairness hearing, defend any appeals taken from the final judgment approving settlement, and ensure that the distribution of settlement proceeds to class members is done in a

timely manner in accordance with the terms of the settlement.  I assert that the attorneys' fees sought in the motion for attorneys' fee is reasonable and seeks fair and reasonable compensation for undertaking this case on a contingency basis, and for obtaining the relief for Plaintiffs and the class.  As set forth in the Settlement Agreement, the attorneys' fees, costs and expenses sought in this motion will not reduce the benefits payable to the class.

12.    The chart below reflects the amount of time spent by me and members of my firm in the prosecution of this case:

| Name | Title | Hourly Rate | Time Spent | Total Billed |
|---|---|---|---|---|
| John A. Yanchunis | Partner | $950 | 140.67 | $133,636.50 |
| Jean S. Martin | Attorney | $864 | 3.5 | $3,024.00 |
| Patrick A. Barthle | Attorney | $450 | 1.3 | $585.00 |
| Marisa Glassman | Attorney | $636 | 434.4 | $276,278.40 |
| Emily Lockwood | Paralegal | $196 | 6.5 | $1,274.00 |
| Lourdes Pajak | Paralegal | $196 | 4.1 | $803.60 |
| Jennifer Cabezas | Paralegal | $196 | 1.3 | $254.80 |
| Lee Walters | Investigator | $300 | 2.6 | $780.00 |
| David Reign | Investigator | $300 | 2.9 | $870.00 |
| **Total** | | | **597.27** | **$417,506.30** |

13. A breakdown of my firm's costs and expenses are reflected below.

| Description | Subtotals | Totals Per Category |
|---|---|---|
| **Court Fees** | | **$450.00** |
| Filing Fee | $450.00 | |
| **Professional Services** | | **$15,286.71** |
| JAMS, Inc. | $8,078.81 | |
| Enterprise Knowledge Partners, LLC | $6,947.50 | |
| PACER | $260.40 | |
| **Copies & Printing** | | **$615.25** |
| Color Printing / Copies | $30.50 | |
| Black and White Printing / Copies | $584.75 | |
| **Shipping, Long Distance & Printing** | | **$175.84** |
| FedEx | $115.93 | |
| Long Distance | $58.50 | |
| Postage | $1.41 | |
| **Travel Expenses** | | **$7,741.40** |
| John Yanchunis | $4,042.87 | |
| Marisa Glassman | $3,698.53 | |
| | **Total** | **$24,269.20** |

14.     Additional costs and expenses will be incurred before our work is done in this case, as is true of the additional professional time which we will provide to the class to see the case to conclusion. The fees we seek in the pending application will cover those additional costs, expenses and professional time.

15.     From the commencement of this case through today, the individuals who filed this case and  serve as class representatives have at all times been in control of this litigation. These individuals reviewed and approved of the amended complaint filed in this case, kept up with the ongoing developments of the case, were subject to the time consuming demands of discovery and also were involved in and approved the settlement terms reached in this case. The subject of service awards was not raised nor negotiated until after the parties had reached a settlement of the underlying claims, and the class representatives' consent and agreement to the terms of the settlement was not nor is it in any way conditioned on the class representatives' receipt of a service award.  I support and request the reasonable serve award sought for each of the class representatives.

Executed this 3rd of May, 2019 at Tampa, Florida.

By:  /s John A. Yanchunis
John A. Yanchunis, Esq.