# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: Arby's Restaurant Group, Inc. Data Security Litigation | Case No. 1:17-cv-55555-WMR Master Docket |
| CONSOLIDATED CONSUMER CASE | Case No. 1:17-cv-1035-WMR Consumer Case |

**DECLARATION OF DAVID J. WORLEY IN SUPPORT OF PLAINTIFFS'
UNCONTESTED MOTION FOR ATTORNEYS' FEES, COSTS,
EXPENSES, AND SERVICE AWARDS**

I, David J. Worley, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am over the age of 18 and fully competent to make this Declaration.

2.      I submit this declaration in support of Plaintiffs' Uncontested Motion For Attorneys' Fees, Costs, Expenses, And Service Awards.

3.      I am a founding partner of the law firm of Evangelista Worley LLC, 8100A Roswell Road, Suite 100, Atlanta, Georgia 30350. Further, pursuant to the Court's Order Certifying A Settlement Class, Preliminary Approving Class Action Settlement, And Directing Notice To The Class, I have been appointed by the Court as Class Counsel pursuant to Fed. R. Civ. P. 23(g) in the above-captioned action (Doc. No. 177). I was previously appointed by the Court as Co-Liaison Counsel for the consumer plaintiffs in this matter (Doc. No. 46).  I have personal knowledge of

the matters stated herein and, if called upon, could and would competently testify thereto. I was actively involved in the litigation of this action from the inception and I have reviewed my office's files and records relating to this case prior to the submission of this declaration. If called as a witness, I could and would competently testify thereto under oath.

4.      I received my A.B. degree from Harvard University in 1980 and my J.D. degree from the University of Virginia School of Law in 1985.

5.      I began to practice law in the Atlanta area in 1985. I am a member in good standing of the State Bar of Georgia, and I have been admitted to practice before the United States Supreme Court, the U.S. Court of Appeals for the Eleventh Circuit, the United States District Courts for the Northern and Middle Districts of Georgia, the Supreme Court of Georgia and the Georgia Court of Appeals. I have also been admitted to practice *pro hac vice* before a number of United States District Courts in other regions of the country.

6.      I am familiar with the fees customarily charged in the Atlanta area by lawyers of varying levels of experience, skill and reputation.

7.      I have over 30 years of experience in complex civil trial and appellate litigation, with substantial experience representing shareholders and consumers in securities fraud and other class action litigation, and many years representing

2

trustees of union pension and health and welfare funds and international and local unions in complex litigation in federal courts across the country. I also currently represent major counties in Georgia and other parts of the country in complex litigation on a variety of legal issues.

I have an AV-Preeminent rating from Martindale-Hubbell and have repeatedly been named a Georgia Super Lawyer in the field of securities litigation. I have been principal counsel in over 170 cases in this District, and in cases resulting in more than 30 reported decisions in federal and state courts. Among the major securities class actions I managed were *In re Cryolife Securities Litigation* and *In re AFC Enterprises Securities Litigation*, cases that produced two of the 10 largest securities fraud settlements in the history of the Northern District of Georgia. I am a past Chair of the Labor and Employment Law Sections of both the State Bar of Georgia and the Atlanta Bar Association and am a former Co-Chair of the Federal Legislative Developments Committee of the American Bar Association's Committee on Labor and Employment Law. Since 2004, I have been a member of the Georgia State Election Board, making probable cause determinations in more than one thousand cases. I have lectured on arbitration, litigation and election law topics at numerous continuing legal education seminars.

8.     I am a member of the American Bar Association, the Federal Bar Association, and the Atlanta Bar Association. I am a Master of the Lamar Inn of Court.

9.     I have served in leadership roles in a number of consumer and securities class actions, including data breach class actions, in which I or my then firm was appointed to leading roles, including, for example:

> *In re Equifax Consumer Data Breach Customer Data Security Breach Litigation, Case No.: 1:17-md-02800-TWT* (Co-liaison counsel for consumer class of more than 147 million persons);

> *In re The Home Depot, Inc. Customer Data Security Breach Litigation, Case No.: 1:14-md-025383* (Co-lead counsel for consumer class of more than 40 million persons);

> *Schulte v. Fifth Third Bank, 1:09-CV-6655,* (N.D. Ill.) (Settlement class co-counsel for nationwide class of consumers in bank fee overdraft action);

> *Eaves et al v. Earthlink*, No. 05-CV-97274 (GA Superior, Fulton Cnty.) (Class counsel in nationwide consumer class action regarding early termination fees);

> *National Air Traffic Controllers Association et al v. Dental Plans, Inc.,* No. 1:05-CV-00882 (N.D. Ga.) (Lead counsel for national class of air traffic controllers in ERISA action for payment of dental benefits);

> *In Re Evergreen Ultra Short Opportunities Fund Securities Litigation,* No. 08-cv-11064-NMG (D. Mass) (Co-lead counsel in securities fraud class action);

*In Re Cryolife Sec. Litig.*, No. 1:02-CV-01868 (N.D. Ga.) (Co-lead counsel in securities fraud class action);

*In Re AFC Enterprises Sec. Litig.*, No. 1:03-CV-817 (N.D. Ga.) (Co-lead counsel in securities fraud class action);

*Plymouth County Retirement Systems v. Carter's, Inc. et al*, No. 08-CV-2940 (N.D. Ga.) (Liaison counsel in securities fraud class action);

*In Re Cbeyond Inc. Securities Litigation*, No. 08-cv-1666 (N.D. Ga.) (Liaison counsel in securities fraud class action);

*Sewright v. ING Groep N.V*, 1:09-cv-00400-JEC (N.D. Ga.)(Liaison counsel in ERISA class action);

I have been lead counsel in collective actions representing large numbers of

plaintiffs under the Fair Labor Standards Act, including for example:

*Broome, et al. v. Clayton County School District*, 1:15-cv-03066-SCJ (N.D. Ga.);

*Arnold, et al. v. Clayton County School District*, 1:12-cv-03455-WEJ (N.D. Ga.); and

*Smith, et al. v. MARTA*, 1:99-cv-01263-WBH (N.D. Ga.).

In addition, in recent years I have represented trustees of bankrupt companies

in complex litigation against company officer and directors, including in:

*In re Verso Technologies, Inc.* (*Liquidating Trustee of the Estate of Verso Technologies v. Tauber & Balser P.C., et al*) 1:11-cv-02995-AT (N.D. Ga.);

*In re Verso Technologies, Inc.* (*Liquidating Trustee of the Estate of Verso Technologies v. Odom, et al*) 1:09-cv-1293-AT (N.D. Ga.);

5

*In re Verilink (Liquidating Trustee of the Estates of Verilink and Larscom v. Powell Goldstein, et al)* 5:11-CV-03877 (CLS) (N.D. Ala);

*In re Verilink (Liquidating Trustee of the Estates of Verilink and Larscom v. Belden, et al)* 08-80072 (JAC) (N.D. Ala. Bkcy);

10.     My firm has dedicated significant time and resources in litigating this case on behalf of Settlement Class Members. These legal services were performed on a wholly contingent fee basis. My firm assumed the risk of nonpayment in litigating and prosecuting this action and has at all times ensured that sufficient resources were made available.

11.     This declaration summarizes the work performed by Evangelista Worley LLC in this litigation. Given my role in this litigation, I have personal and extensive knowledge of the legal services rendered by the attorneys and professionals in my firm.

12.     Evangelista Worley LLC focuses on complex and class action litigation involving consumer, financial, corporate governance, and securities matters. The firm has extensive experience in the litigation and settlement of complex class actions, including data breach class actions.  An accurate resumé of Evangelista Worley's experience in complex litigation appears on the docket of this action at Doc. No. 45-5.

6

13.     The work that Evangelista Worley committed to this case has been substantial. Among other efforts, the Evangelista Worley firm has:

    a.  Reviewed documentation provided by Plaintiffs;

    b.  Worked on the consolidation of the initial complaints and production of the initial case management order;

    c.  Drafted and revised the Consumer Class Action Consolidated Amended Complaint;

    d.  Researched and drafted necessary briefing for the litigation, including responding to two motions to dismiss;

    e.  Participated in production of the proposed protective order;

    f.  Attended numerous scheduled status conferences with the Court;

    g.  Coordinated litigation efforts with counsel for the Plaintiff Financial Institution class;

    h.  Participated in discovery conferences with Financial Institution Counsel and Defense Counsel;

    i.  Prepared for and participated in two mediation sessions with Class and Defense Counsel;

    j.  Negotiated over the terms of the Settlement Agreement;

    k.  Drafted and revised preliminary approval briefing; and

l.   Conducted confirmatory discovery of the Defendant.

14.   As is the general practice of most law firms, each of the attorneys and support staff at Evangelista Worley are responsible for keeping track of their billable time. I have personally reviewed all of Evangelista Worley's time entries and have used billing judgment to ensure that duplicative or unnecessary time has been excluded and that only time reasonably devoted to the litigation has been included. The firm's billing records are a compilation of regularly and contemporaneously recorded documents and have been maintained in the computerized records at the firm. The rates for attorneys and staff who performed work in this case, and the amount of time they spent working on this case through May 6, 2019 are as follows:

| **NAME** | **POSITION** | **RATE** | **TIME** | **LODESTAR** |
|---|---|---|---|---|
| David J. Worley | Partner | $775 | 167.7 | $129,967.00 |
| James M. Evangelista | Partner | $775 | 7.1 | $    5,502.50 |
| Kristi S. McGregor | Partner | $725 | 7.5 | $    5,437.50 |
| Barry Kaltman | Paralegal | $225 | 31.2 | $    7,020.00 |
| Joy Cagle | Paralegal | $225 | 1.7 | $        382.50 |

As of May 6, 2019, the firm has billed a total of 215.2 hours litigating this case. The total lodestar based on Evangelista Worley's current rates is $148,310.00 as of the same date.

15.     Additionally, based on my knowledge and experience, the hourly rates charged by Evangelista Worley are within the range of market rates charged for similar work performed by attorneys of equivalent experience, skill, and expertise. This familiarity has been obtained in several ways: (1) by litigating attorneys' fee applications; (2) by discussing fees with other class action attorneys; (3) by reviewing declarations regarding prevailing market rates filed by other attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorneys' fees in legal newspapers and treatises. Our firm's rates are in line with the market rates charged by attorneys of reasonably comparable experience, skill, and reputation for reasonably comparable class action work.

16.     Comparable hourly rates have been deemed reasonable by numerous courts for reasonably comparable services in this District:

    a.   *Bishop v. Shorter University, Inc.*, No. 4 :15-cv-00033, ECF Nos. 91-2 at 11, 91-3 at 4, 95 at 7 (N.D. Ga. Feb. 20, 2015) (approving partner rate of $950 and $750 in a data breach class action case);

    b.   *Ahrens v. UCB Holdings, Inc.*, No. 1:15-cv-00348, ECF Nos. 68-3

at 2, 75 (N.D. Ga. Feb. 3, 2015) (approving partner rates of $880 and associate rates of $450 in a class action case);

c. *Smith v. Floor and Decor Outlets of America, Inc.*, No. 1:15-cv-04316, ECF Nos. 67-1 at 17, 69 (N.D. Ga Dec. 11, 2015) (approving partner rates of $775 and associate rates of $375 in a class action case);

d. *Felix v. Suntrust Mortgage, Inc.*, No. 2:16-cv-00066, ECF Nos. 41-3 at 4, 46 (N.D. Ga Apr. 4, 2016) (approving partner rates of $735 and associate rates of $395 in a class action case); and

e. *Crosby v. Core-Mark Distributors, Inc.*, No. 1:15-cv-04198, ECF Nos. 44-1 at 8-9, 48 (N.D. Ga. Dec. 02, 2015) (approving partner rates of $725 in a class action case).

17.    In addition, Evangelista Worley expended $1,758.60 in out-of-pocket expenses in connection with the prosecution of this case, as follows:

| | | |
|---|---|---|
| 3/22/2017 | Filing Fee for complaint | $400.00 |
| 3/30/2017 | APS Service on Defendant | $75.00 |
| 4/17/2017 | *Pro hac vice* filing fee (Tim Peters) | $150.00 |
| 8/28/2017 | Conference call with Judge transcript chg. | $30.00 |
| 9/1/2017 | Status Conf. Transcript 8.30.17 - Shannon Welch | $74.40 |
| 9/18/2017 | Westlaw trial court order search | $158.00 |
| 12/31/2017 | Pacer Research | $92.90 |
| 1/19/2018 | Parking for hearing | $17.00 |
| 4/4/2018 | Parking for status conference | $17.00 |
| 4/4/2018 | Status Conf. Transcript 4.4.18 - WCB Reporting, Inc. | $70.20 |
| 5/29/2018 | Westlaw research | $111.00 |
| 5/30/2018 | Parking at USDC | $18.00 |

| 7/26/2018 | Parking for hearings | $36.00 |
| 9/7/2018 | Parking at 161 Peachtree Center | $8.00 |
| 9/11/2018 | Huseby Court Reporting (for Johnston) | $329.10 |
| 10/22/2018 | Parking at USDC | $18.00 |
| 5/6/2019 | B/W photocopies (616 @ .25) | $154.00 |

Those account records are prepared by staff from receipts and check records and accurately reflect all actual expenses incurred. Upon request, we will provide the Court with copies of documentation for each of the costs itemized above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 7th day of May, 2019.

_/s/ David J. Worley_____
David J. Worley